# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-064-954**
**Effective Date of Registration:**
August 13, 2016

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** Anatomical Heart Vase

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** April 23, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** michael locascio
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** michael locascio
160 blue hill ave, fair lawn, NJ, 07410

## Rights and Permissions

**Name:** michael locascio
**Email:** michael@dellamorteco.com
**Telephone:** (201)315-5359
**Address:** 160 blue hill ave
fair lawn, NJ 07410 United States

## Certification

**Name:** michael locascio