**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

DELLAMORTE LLC,

    Plaintiff,

        - v -

SHEIN DISTRIBUTION CORP., and SHEIN US
SERVICES, LLC

    Defendants.

Civil Action No.
2:23-cv-2396

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Dellamorte,
LLC hereby dismisses all claims asserted against all Defendants with prejudice
and without costs, attorney fees, or expenses.

Dated:      June 15, 2023

By:    Michael Cukor/s
       Michael Cukor, Esq.
       **McGeary Cukor LLC**
       7 Dumont Place
       Morristown, New Jersey 07960
       (973) 339-7367
       (973) 200-4845 Fax
       *Attorneys for Plaintiff*

SO ORDERED

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:  6/16/2023

- 1 -